THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **09-52908**
**BETHEL POOLE** )
)
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **ALLTEL COMMUNICATIONS**
   **Check No. 768616**
   **Claim #02-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$100.17** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **4/8/2011**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*[handwritten: ck # 780240]*
*[handwritten: receipt # 82284]*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

BETHEL POOLE
1450 ROSLYN AVENUE
AKRON, OH 44320
(Via Regular Mail)


ROBERT S THOMAS II (via ECF)

ALLTEL COMMUNICATIONS
ONE ALLIED DRIVE
LITTLE ROCK, AR 77202
(via Regular Mail)

Date of Service: **4/8/2011**       By: **JoAnn Romig**
                                    Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com